IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:99cr52-MHT |
| | ) | (WO) |
| CALVIN MASSEY | ) | |

### ORDER

It is ORDERED as follows:

(1) The government's motion to dismiss the revocation petition and term of supervised release (doc. no. 356) is granted.

(2) The petition for revocation of supervised release (doc. no. 351) is dismissed.

(3) Defendant Calvin Massey's term of supervised release is terminated.

(4) Defendant Massey is discharged.

DONE, this the 7th day of February, 2020.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE