IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 2:99cr52-MHT |
| ) | (WO) |
| CALVIN MASSEY    ) | |

ORDER

Upon consideration of defendant Calvin Massey's motion for documentation that his supervised release has been terminated (Doc. 359), it is ORDERED that:

(1) The motion is granted.

(2) The court confirms that defendant Calvin Massey's supervised release was terminated on February 7, 2020; that he is no longer under supervision in this court; and that he was discharged.

(3) The U.S. Probation Department shall ensure that there is no active detainer for defendant Massey from this court in this case.

(4) The clerk of court shall mail copies of this order and the February 7, 2020 order granting the

government's motion to dismiss the term of supervised release (Doc. 357) to the Classification Director of the Alabama Department of Corrections, to the "Case Manager for Calvin Massey, AIS # 00155562" at Hamilton Aged and Infirmed Center, and to defendant Massey.

DONE, this the 30th day of June, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE